IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILKINSON INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:06CV405** |
| | ) | |
| **TAYLOR'S INDUSTRIAL SERVICES, L.L.C.,** | ) | **ORDER TO SHOW CAUSE** |
| **d/b/a HPM, a division of TAYLOR'S** | ) | |
| **INDUSTRIAL SERVICES, L.L.C., and THE** | ) | |
| **CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    The records of the court show that on August 31, 2006, a letter (filing #24) was sent to attorney Nelson E. Genshaft from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

    As of September 20, 2006, Mr. Genshaft has not complied with this requirement.

    **IT IS ORDERED** that, on or before October 5, 2006, attorney Nelson E. Genshaft shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

    **DATED September 20, 2006.**

                                                    **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**