IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILKINSON INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:06CV405 |
| | ) | |
| **TAYLOR'S INDUSTRIAL SERVICES, L.L.C.,** | ) | ORDER |
| **d/b/a HPM, a division of TAYLOR'S** | ) | |
| **INDUSTRIAL SERVICES, L.L.C., and THE** | ) | |
| **CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Attorney Nelson E. Genshaft has filed a Notice of Withdrawal, apparently in response to the Order to Show Cause filed September 20, 2006. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The court file shows that the affected clients are represented by other counsel. Accordingly,

**IT IS ORDERED** that the Notice of Withdrawal [29], construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Nelson E. Genshaft and shall cease all further case-related notices to Mr. Genshaft.

**DATED October 11, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**