## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILKINSON INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **8:06CV405** |
| ) | |
| **TAYLOR'S INDUSTRIAL SERVICES** ) | **ORDER** |
| **LLC , et al.,** ) | |
| ) | |
| **Defendants.** ) | |

For good cause shown, and noting the appearance of substitute defense counsel, the court finds that the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL [34] filed by Michael C. Cox and the law firm of Koley Jessen P.C. LLO, should be granted and counsel's appearance should be deemed withdrawn.

**IT IS SO ORDERED.**

**DATED October 23, 2006.**

**BY THE COURT:**

s/ F.A. Gossett
**United States Magistrate Judge**