## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILKINSON INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **TAYLOR'S INDUSTRIAL SERVICES, LLC,** ) | |
| **d/b/a HPM, a division of TAYLOR'S** ) | |
| **INDUSTRIAL SERVICES, LLC and THE** ) | |
| **CINCINNATI INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| **THE CINCINNATI INSURANCE COMPANY,** ) | **8:06CV405** |
| ) | |
| **Defendant and Third-** ) | **ORDER** |
| **Party Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **TAYLOR'S PROPERTY MANAGEMENT,** ) | |
| **LLC; TAYLOR TOWING & HEAVY** ) | |
| **HAULING, LLC; D&G TOWING AND** ) | |
| **RECOVERY, INC.; CHRISTOPHER A.** ) | |
| **FILOS; JOSEPH A. FILOS, JR.; and** ) | |
| **DOUGLAS E. FILOS,** ) | |
| ) | |
| **Third-Party Defendants.** ) | |

For good cause shown,

**IT IS ORDERED** that the motion of Wilkinson Industries, Inc. to modify certain progression order deadlines is granted, as follows:

1. Plaintiff's expert witness disclosure deadline is extended to September 4, 2007, as requested.

2. The final progression order deadlines will be revised, as necessary, after August 20, 2007.

**DATED July 10, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**