# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILKINSON INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAYLOR'S INDUSTRIAL SERVICES, LLC, ) <br> d/b/a HPM, a division of TAYLOR'S ) <br> INDUSTRIAL SERVICES, LLC and THE ) <br> CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Defendants, ) <br> ) <br> THE CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Defendant and Third- ) <br> Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAYLOR'S PROPERTY MANAGEMENT, ) <br> LLC; TAYLOR TOWING & HEAVY ) <br> HAULING, LLC; D&G TOWING AND ) <br> RECOVERY, INC.; CHRISTOPHER A. ) <br> FILOS; JOSEPH A. FILOS, JR.; and ) <br> DOUGLAS E. FILOS, ) <br> ) <br> Third-Party Defendants. ) | 8:06CV405 <br><br> ORDER |

On August 13, 2007, attorney Daniel M. Placzek entered an appearance on behalf of Taylor's Industrial Services, L.L.C., d/b/a HPM, a Division of Taylor's Industrial Services, L.L.C., and for Third-Party Defendants Taylor's Property Management, L.L.C., Taylor's Aviation Services, L.L.C., Taylor Towing & Heavy Hauling, L.L.C., D&G Towing & Recovery, Inc., Christopher A. Filos, Joseph A. Filos, Jr., and Douglas E. Filos.

In accordance with the court's Order dated June 18, 2007 [58],

**IT IS ORDERED:**

1. The entry of default[1] is hereby set aside as to Taylor's Industrial Services, L.L.C, d/b/a HPM, a Division of Taylor's Industrial Services, L.L.C.; and Third-Party Defendants Taylor's Property Management, L.L.C.; Taylor's Aviation Services, L.L.C.; Taylor Towing & Heavy Hauling, L.L.C.; and D&G Towing & Recovery, Inc.

2. The records of the court shall reflect that Christopher A. Filos, Joseph A. Filos, Jr., and Douglas E. Filos are no longer proceeding *pro se*.

**DATED August 13, 2007.**

          **BY THE COURT:**

          **s/ F.A. Gossett**
          **United States Magistrate Judge**

---

[1] Although the corporate parties were held in default after prior counsel were allowed to withdraw, a default judgment was not entered.