# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILKINSON INDUSTRIES, INC.,** ) | |
|    ) | |
|    Plaintiff, ) | |
|    ) | |
|    vs. ) | |
|    ) | |
| **TAYLOR'S INDUSTRIAL SERVICES, LLC,** ) | |
| d/b/a HPM, a division of TAYLOR'S ) | |
| INDUSTRIAL SERVICES, LLC and THE ) | |
| CINCINNATI INSURANCE COMPANY, ) | |
|    ) | |
|    Defendants, ) | |
|    ) | |
| **THE CINCINNATI INSURANCE COMPANY,** ) | **8:06CV405** |
|    ) | |
|    Defendant and Third- ) | **ORDER** |
|    Party Plaintiff, ) | |
|    ) | |
|    vs. ) | |
|    ) | |
| **TAYLOR'S PROPERTY MANAGEMENT,** ) | |
| **LLC; TAYLOR TOWING & HEAVY** ) | |
| **HAULING, LLC; D&G TOWING AND** ) | |
| **RECOVERY, INC.; CHRISTOPHER A.** ) | |
| **FILOS; JOSEPH A. FILOS, JR.; and** ) | |
| **DOUGLAS E. FILOS,** ) | |
|    ) | |
|    Third-Party Defendants. ) | |

A telephonic hearing was held on September 28, 2007 on the Motion for Continuance [83] filed by the defendant and third-party defendants. Howard K. Jeruchimowitz and Thomas E. Dutton represented the plaintiff, James Beltzer appeared for the movants, and Glen W. Clark, Jr. appeared on behalf of the Cincinnati Insurance Company. The movants wish to continue indefinitely a number of depositions scheduled to be taken during the month of October 2007 because the defendant and some or all of the third-party defendants will be filing for bankruptcy protection within the next four or five weeks. Plaintiff contests the motion.

As discussed during the hearing, due to the age of the case and the substantial delays that have already occurred, the motion will be denied.

**IT IS ORDERED** that the Motion for Continuance [83] is denied.

**DATED September 28, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**