IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILKINSON INDUSTRIES, INC.,**<br><br>   **Plaintiff,**<br><br> vs.<br><br>**TAYLOR'S INDUSTRIAL SERVICES, LLC, d/b/a HPM, a division of TAYLOR'S INDUSTRIAL SERVICES, LLC and THE CINCINNATI INSURANCE COMPANY,**<br><br>   **Defendants,**<br><br>**THE CINCINNATI INSURANCE COMPANY,**<br><br>   **Defendant and Third-Party Plaintiff,**<br><br> vs.<br><br>**TAYLOR'S PROPERTY MANAGEMENT, LLC; TAYLOR TOWING & HEAVY HAULING, LLC; D&G TOWING AND RECOVERY, INC.; CHRISTOPHER A. FILOS; JOSEPH A. FILOS, JR.; and DOUGLAS E. FILOS,**<br><br>   **Third-Party Defendants.** | **8:06CV405**<br><br>**ORDER** |

  The parties have filed motions for extension of deadlines due to the pending motion filed by Cincinnati Insurance Company ("Cincinnati") to enforce a settlement agreement and to dismiss all ancillary claims.

  Upon review of the file, and for good cause shown,

  **IT IS ORDERED** that the parties' Motions for extensions of deadlines [97], [100], and [101] are granted, and the Final Progression Order [70] is amended as follows:

  1. Defendant Taylor's Industrial Services, LLC, d/b/a HPM and all of the Third-Party Defendants (together, "Defendants") shall serve expert witness disclosures pursuant to Fed. R. Civ.

P. 26(a)(2) within **thirty (30) days** of the district court's ruling on Cincinnati's Motion to Enforce Settlement Agreement and to Dismiss Ancillary Claims [92]. Any rebuttal experts shall be disclosed within **ten (10) business days** after defendants serve their expert witness disclosures.

2. All parties shall serve non-expert witness disclosures pursuant to paragraph 4(a) of the Final Progression Order [70] within **ten (10) business days** of the court's ruling on Cincinnati's Motion to Enforce Settlement Agreement and to Dismiss Ancillary Claims [92].

3. Plaintiff's Motion to Compel [78] and the Defendants' Motion for Protective Order [88] are held in abeyance. Plaintiff shall file its reply brief regarding Motion [78] and its response to Motion [88] within **ten (10) business days** of the district court's ruling on Cincinnati's Motion to Enforce Settlement Agreement and to Dismiss Ancillary Claims [92]. Any reply brief in support of Defendants' Motion for Protective Order [88] shall be filed within the time allowed by NECivR 7.1(c).

**DATED November 30, 2007.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**