IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILKINSON INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAYLOR'S INDUSTRIAL SERVICES, LLC, ) <br> d/b/a HPM, a division of TAYLOR'S ) <br> INDUSTRIAL SERVICES, LLC and THE ) <br> CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Defendants, ) <br> ) <br> THE CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Defendant and Third- ) <br> Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAYLOR'S PROPERTY MANAGEMENT, ) <br> LLC; TAYLOR TOWING & HEAVY ) <br> HAULING, LLC; D&G TOWING AND ) <br> RECOVERY, INC.; CHRISTOPHER A. ) <br> FILOS; JOSEPH A. FILOS, JR.; and ) <br> DOUGLAS E. FILOS, ) <br> ) <br> Third-Party Defendants. ) | 8:06CV405 <br><br> ORDER |

On the court's own motion,

**IT IS ORDERED:**

The pretrial conference before Magistrate Judge F. A. Gossett set for April 3, 2008 at 1:30 P.M., is rescheduled to **Wednesday, April 23, 2008 at 10:00 A.M.**, Suite 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 25th day of March 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge